Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

_____Orlando_____ Division

| | | |
|---|---|---|
| Sherwin L.Kendall | ) | Case No.    6:20-cv-2323-ORL-41EJK |
| | ) | _(to be filled in by the Clerk's Office)_ |
| | ) | |
| _Plaintiff(s)_ | ) | |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) | Jury Trial: _(check one)_  ☑Yes  ☐No |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | |
| _please write "see attached" in the space and attach an additional_ | ) | |
| _page with the full list of names.)_ | ) | |
| –v– | ) | |
| | ) | |
| | ) | |
| Express Scripts, Inc. | ) | |
| United BioSource | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |
| _(Write the full name of each defendant who is being sued. If the_ | ) | |
| _names of all the defendants cannot fit in the space above, please_ | ) | |
| _write "see attached" in the space and attach an additional page_ | | |
| _with the full list of names.)_ | | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.     **The Parties to This Complaint**

    A.     **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Sherwin L. Kendall |
| Street Address | 1522 East Merrick Drive |
| City and County | Deltona. Volusia |
| State and Zip Code | Florida, 32738 |
| Telephone Number | (386) 837-8371 |
| E-mail Address | reachme@hr40pod.com |

    B.     **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Express Scripts, Inc. |
| Job or Title *(if known)* | Organization |
| Street Address | 250 Technology Park |
| City and County | Lake Mary. Seminole |
| State and Zip Code | Florida, 32746 |
| Telephone Number | (877) 222-7336 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | United BioSource |
| Job or Title *(if known)* | Organization |
| Street Address | 680 Century Point |
| City and County | Lake Mary. Seminole |
| State and Zip Code | Florida, 32746 |
| Telephone Number | (888) 435-2284 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | United BioSource |
| Street Address | 680 Century Point |
| City and County | Lake Mary. Seminole |
| State and Zip Code | Florida, 32746 |
| Telephone Number | (888) 435-2284 |

### II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☑ 4    Failure to promote me.

☐    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☑ 4    Retaliation.

☐    Other acts *(specify)*: _____

(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

**2/2015; 5/2015;8/2015; 4/2019 & 7/2019**

C.    I believe that defendant(s) *(check one)*:

☑ 4    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ 4    race    **I am of African descent**

☑ 4    color    **I am black**

☐    gender/sex    _____

☐    religion    _____

☐    national origin    _____

☑ 4    age *(year of birth)*    **1957**    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Please see accompanying document titled 'Facts of my case'**

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV.     **Exhaustion of Federal Administrative Remedies**

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

**12-13-2018 & 8-12-2019**

B.      The Equal Employment Opportunity Commission *(check one)*:

☐       has not issued a Notice of Right to Sue letter.

☐       issued a Notice of Right to Sue letter, which I received on *(date)*   **11/09/2020**                .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐       60 days or more have elapsed.

☐       less than 60 days have elapsed.

V.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory Damages: $500,000 - Mental anguish, inconvenience,and loss of enjoyment of life. I suffered, and am still suffering a loss of enjoyment of life, due to the financial constraints imposed upon my life, by the associated mental anguish of being denied income and opportunities associated with job promotion. I've been suicidal, divorced and estranged from my daughter.

Punitive Damages: $300,000. These employers, denied me promotions, over a period of six years, and approximately one hundred applications during which time I was only interviewed four times. Though my qualifications, and experience were comparable and better than other employees who were interviewed and hired.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          12/20/2020

Signature of Plaintiff

Printed Name of Plaintiff     Sherwin L. Kendall

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

<u>**Facts of my case**</u>


<u>**Complaint # 1**</u>

**On December 3rd, 2014** Express Scripts posted a job opening for a Supervisor-Program Management position at the 255 Technology Park. Lake Mary, Florida site, under requisition number 1400088X. I applied for this job but was not interviewed. The job was given to Erin Rinaldi, a White female, probably younger – at the time, than 40 years old.

**On February 17th, 2015** Express Scripts posted a job opening for an Associate Contract Administrator position at the 255 Technology Park. Lake Mary, Florida site, under requisition number 150000PM. I applied for this job but was not interviewed. The job was given to Sarah Sweigart, a White female, probably younger – at the time, than 40 years old.

**On July 22nd, 2015** Express Scripts posted a job opening for a Supervisor-Program Management position at the 255 Technology Park. Lake Mary, Florida site, under requisition number 150004EO. I applied for this job but was not interviewed. The job was given to Jana Miller, a White female, probably younger – at the time, than 40 years old.

**On March 18th, 2019** United BioSource posted a job opening for a Training Specialist position at the 680 Century Point. Lake Mary, Florida site, under requisition number 1319. I applied for this job but was not interviewed. The job was given to Makkenzze Payne, a White female, probably younger – at the time, than 40 years old.

For the period spanning years 2013 through 2019 I submitted approximately 82 to 100 applications between Express Scripts and United Bio Source but was only interviewed for 4 jobs


<u>**Complaint # 2**</u>

**On July 10th, 2019,** I was issued a final written warning by Elizabeth Wright. An act which I deemed as part of a pattern of retaliatory behavior against me, from the period preceding December 13th, 2018, when I filed a complaint of discrimination and retaliation with the EEOC, against Express Scripts – and thereafter.