EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  **Sherwin L. Kendall**<br>**1522 East Merrick Drive**<br>**Deltona, FL 32738** | From:  **Tampa Field Office**<br>**501 East Polk Street**<br>**Room 1000**<br>**Tampa, FL 33602** |

| | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **511-2019-00943** | **TRACY E. SMITH,**<br>**Enforcement Supervisor** | **(813) 202-7921** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Evangeline Hawthorne*

**Evangeline Hawthorne,**
**Director**

November 9 2020

*(Date Mailed)*

Enclosures(s)

cc:  **Stephanie G Kaplan, Partner**
**BLANK ROME LLP**
**One Logan Sq.**
**130 North 18th Street**
**Philadelphia, PA 19103**

EEOC Form 161 (11/16)

**U.S. Equal Employment Opportunity Commission**

## Dismissal and Notice of Rights

| | |
|---|---|
| To:  **Sherwin L. Kendall**<br>**1522 East Merrick Drive**<br>**Deltona, FL 32738** | From:  **Tampa Field Office**<br>**501 East Polk Street**<br>**Room 1000**<br>**Tampa, FL 33602** |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **511-2019-02619** | **Jesus Gonzalez,**<br>**Investigator** | **(813) 202-7904** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Evangeline Hawthorne*                                                    **September 9, 2020.**

**Evangeline Hawthorne,**
**Director**                                                                                    *(Date Mailed)*

Enclosures(s)

cc:  **Stephanie G Kaplan, Partner**
**BLANK ROME LLP**
**One Logan Sq.**
**130 North 18th Street**
**Philadelphia, PA 19103**

**SLK**

| | |
|---|---|
| **From:** | JESUS GONZALEZ <JESUS.GONZALEZ@EEOC.GOV> |
| **Sent:** | Wednesday, October 14, 2020 3:11 PM |
| **To:** | SLK |
| **Subject:** | Re: Dismissal and Notice of Rights. Case 511-2019-02619 |

Good afternoon

I will call you today and I will explain.

As a professional courtesy, please acknowledge receipt of this email.


Thanks
Very Respectfully

EEOC Logo

Jesús M. González
Federal Investigator, Enforcement Unit
U.S. Equal Employment Opportunity Commission
Tampa Field Office
501 E. Polk Street, Suite 1000
Tampa, FL 33602
Tel. (813) 202-7904
Fax. (813) 228-2841
E-mail: jesus.gonzalez@eeoc.gov

CP's, CP's Atty and Respondent
Please check the status of your EEOC charge online by visiting: http://www.eeoc.gov/employees/charge_status.cfm
Warning: All information contained in this email message is privileged and confidential for use ONLY by the Equal Employment Opportunity Commission (EEOC) and the intended recipient(s). If you are not an intended recipient, you are at this moment notified that any use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all copies of the message and its attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. Emails that I sent or received by the EEOC will be retained according to the EEOC's record retention schedule.

---

**From:** SLK <reachme@hr40pod.com>
**Sent:** Wednesday, October 14, 2020 2:36:48 PM
**To:** JESUS GONZALEZ <JESUS.GONZALEZ@EEOC.GOV>
**Subject:** RE: Dismissal and Notice of Rights. Case 511-2019-02619



Good Day Mr. Gonzalez, any feedback on this?

**From:** JESUS GONZALEZ <JESUS.GONZALEZ@EEOC.GOV>
**Sent:** Tuesday, October 13, 2020 10:22 AM
**To:** SLK <reachme@hr40pod.com>
**Subject:** RE: Dismissal and Notice of Rights. Case 511-2019-02619


Thanks
Very Respectfully



*Jesús M. González*
Federal Investigator, Enforcement Unit
U.S. Equal Employment Opportunity Commission
Tampa Field Office
501 E. Polk Street, Suite 1000
Tampa, FL 33602
Tel. ☎ (813) 202-7904
Fax. 🖷 (813) 228-2841
Email: jesus.gonzalez@eeoc.gov


*CP's*, *CP's Atty* **and** *Respondent*
*Please check the status of your EEOC charge online by visiting:*
http://www.eeoc.gov/employees/charge_status.cfm

2

Warning: All information contained in this email message is privileged and confidential for use ONLY by the Equal Employment Opportunity Commission (EEOC) and the intended recipient(s). If you are not an intended recipient, you are at this moment notified that any use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all copies of the message and its attachments and notify the sender immediately. Your receipt of this message is not intended to waive any applicable privilege. Emails that I sent or received by the EEOC will be retained according to the EEOC's record retention schedule.

**From:** SLK <reachme@hr40pod.com>
**Sent:** Friday, October 09, 2020 7:48 PM
**To:** JESUS GONZALEZ <JESUS.GONZALEZ@EEOC.GOV>
**Subject:** Dismissal and Notice of Rights. Case 511-2019-02619

Good Day Mr. Gonzalez,

this email is a follow up to the call I made to the EEOC on 10.9.2020, and on which I spoke to you, in relation to a letter I received from the Tampa Branch of the EEOC on 10.8.2020 in regards to case referenced in subject of the email. {See attached files titled EEOC RTS Pg1 & 2, and EEOC RTS Envelope_Front}. As I noted on the 10.9.2020 call, this letter was delivered to my home address on record on 10.8.2020.  The letter is signed with a mailing date of 9.9.2020. The letter indicates that in order for me to pursue this matter further I must file a lawsuit against the respondent(s) within 90 days of the date this notice was mailed to me {9.9.2020 in the case of this letter}, or by the date of the postmark if later.

I am sending this email to petition the EEOC for a copy of this letter with a mailing date which does not consume 29 days of the allotted 90 days, as the current letter does, before it gets to me. Do note that I've included a copy of the envelope this letter was delivered in {see attached}, and this envelope, as I indicated to you on the 10.9.20 call, does not have a visible postmark date. After speaking to you on 10.9.2020, I visited my local post office located at 2048 Howland Blvd Deltona, FL 32738-3442 – and showed the envelope and letter to a postal clerk and asked why it was not postmarked. The clerk advised me that the post office does not stamp mail that carries the postage signified on the envelope mailed to me because the entity sending the mail has its own postmark information. Given what I've recounted here, none of which I am responsible for, I am asking the EEOC to resend this letter with a new date mailed date.

Sherwin L. Kendall
10-09-2020

3