| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974;  See Privacy Act Statement before completing this form. | ☒ FEPA  ☒ EEOC | |

### FLORIDA COMMISSION ON HUMAN RELATIONS and EEOC

| NAME *(Indicate Mr., Ms., Mrs.)* Mr. Sherwin Kendall | SOCIAL SECURITY NUMBER XXX-XX-1357 | DATE OF BIRTH XX/XX/1957 |
|---|---|---|
| STREET ADDRESS 1522 East Merrick Drive | CITY, STATE AND ZIP CODE Deltona, Florida 32738 | HOME TELEPHONE *(Include Area Code)* (407) 413-4917 |

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one, list below)*

| NAME Express Scripts, Inc. | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE *(Include Area Code)* 877-599-7748 |
|---|---|---|
| STREET ADDRESS 255 Technology Park | CITY, STATE AND ZIP CODE Lake Mary, Florida 32746 | COUNTY Seminole |

CAUSE OF DISCRIMINATION BASED ON *(Check Appropriate Box)*

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY
☐ OTHER (specify) _____

DATE DISCRIMINATION TOOK PLACE
*EARLIEST* 2012    *LATEST* Ongoing

## THE PARTICULARS ARE:

**I.  Personal Harm:**  I joined Express Scripts, Inc. ("Express Scripts"), in August 2012 as an Eligibility Associate.  I currently serve as a Senior Eligibility Associate.  Through acquisition, I am now employed by United Biosource, LLC ("UBC"), although Express Scripts and UBC share an employment application portal through which I have applied for positions with Express Scripts.  During the course of my employment, I have experienced discrimination and retaliation on the basis of my age (61 years old), color, and race (African American).  Specifically, I have been denied the opportunity for advancement within the company, despite providing exemplary service.  I have applied for over one hundred (100) positions within Express Scripts since shortly after joining the company in 2012, but I have been thwarted in my attempts to further my career.  I have applied for over ten (10) positions in 2018.  I am aware of younger Caucasian individuals who have received promotions that have less education, experience, and seniority than me.  I have raised multiple complaints regarding Express Script's failure to promote me, and my complaints are met with retaliation in the form of a continued failure to allow me to advance in the company.  I continue to not be considered for promotion, despite my excellent credentials.  Express Script's unwillingness to promote me is based upon my age, race, and color, and the company continues to engage in retaliatory conduct against me.

**II. Discrimination Statement:**  I believe that I have been subjected to discrimination and retaliation based on my age, color, and race in violation of the Age Discrimination in Employment Act, 29 United States Code section 621, *et seq.*, Title VII of the Civil Rights Act of 1964, as amended, 42 United States Code section 2000e, *et seq.*, and the Florida Civil Rights Act, Chapter 760, Florida Statutes.

| [ X ] I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | Received  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  December 13, 2018 |
| I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief. | DEC 18 2018  Tampa Field Office  (Day, month, and year) |

SIGNATURE OF COMPLAINANT

*Sherwin Kendall*   *Sherwin Kendall*

DATE:  12·13·2018

SUSAN M CONROY
Notary Public - State of Florida
Commission # GG 238206
My Comm. Expires Jun 18, 2022

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>511-2019-02619 |
|---|---|---|

| Florida Commission On Human Relations | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br><br>Mr. Sherwin L Kendall | Home Phone<br><br>(407) 392-6792 | Year of Birth<br><br>1957 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 1522 East Merrick Drive,  DELTONA, FL 32738 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name<br><br>UNITED BIO SOURCE | No. Employees, Members | Phone No.<br><br>(844) 810-8943 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 680 Century Point, LAKE MARY,  FL 32746 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest: 12-13-2018    Latest: 07-29-2019<br><br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)):*

On or about December 13, 2018, I filed a charge of discrimination complaint against my employer on the bases of my race, sex and age.  Since I filed the EEOC charge, I have been the victim of retaliation.  I have been denied promotions for positions I applied for and have received no response.  More recently, on March 25, 2019, I applied for: Training Specialist Outcome: No response to application or opportunity to interview. Person hired: Caucasian; young; employed for less than 1 year. Time I've been on job: 5-6 Years. Current academic qualification: MS in Healthcare Informatics {More than qualified for the position} 15 Years in various business environment operations. 10+ years in training employees To date HR has not provided me a response to why I was not considered. I believe I was discriminated based on my age and as part of a retaliatory stance the current management has taken towards me due to complaints made in the past. I also believe the organization has a culture of discrimination against males in general - the workforce is 74% female with a management dominated by females in every echelon of management.  On July 10, 2019, I was given a final written warning for leaving a piece of paper on the floor.  Not for my work performance.  I believe that my employer is writing me up in retaliation for complaining and filing a complaint with the EEOC objecting to protected activity in violation of Title VII of

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br><br>**Digitally signed by Sherwin Kendall on 08-12-2019 07:18 PM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br><br>☒ EEOC | Agency(ies) Charge No(s):<br><br>**511-2019-02619** |
|---|---|---|

| **Florida Commission On Human Relations** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

the Civil Rights Act of 1964, as amended and The Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br><br>**Digitally signed by Sherwin Kendall on 08-12-2019 07:18 PM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |